```
JOSEPH WM. KRUCHEK #010330
JACOB L. SHERRARD #021594
KELLEY E. BRADEN #027167
KUTAK ROCK LLP
8601 N. Scottsdale Road, Suite 300
Scottsdale, AZ 85253
(480) 429-5000
Facsimile: (480) 429-5001
Joseph.kruchek@kutakrock.com
Jacob.sherrard@kutakrock.com
Kelley.braden@kutakrock.com
```

FILED
2013 JUL -3 PM 4:29
MARY ELLEN DUNLAP
CLERK OF SUPERIOR COURT
BY_____
     DEPUTY

*Attorneys for Plaintiff
RREF CB SBL-AZ, LLC, an Arizona limited
liability company*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF COCHISE

| | |
|---|---|
| RREF CB SBL-AZ, LLC, an Arizona limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PAUL A. ROMANS and RITHA B. ROMANS, husband and wife, and DOE DEFENDANTS 1-100.<br><br>　　　　Defendants. | NO.: CV2013-00241<br><br>**NOTICE OF DEFAULT HEARING** |

NOTICE IS HEREBY GIVEN THAT Plaintiff RREF CB SBL-AZ, LLC, an Arizona limited liability company, ("**Plaintiff**") will come for hearing before the Honorable Wallace R. Hoggatt in Division 3 of the Cochise County Superior Court, located at 100 Quality Hill, Bisbee, Arizona 85603, on Friday, July 19, 2013, at 4:00 p.m., or as soon thereafter as counsel may be heard, and that Plaintiff will request the entry of a judgment by default for the relief prayed for in its Complaint and the Motion for Judgment By Default filed with Court and delivered to Defendants via U.S. Mail.

/ / /

/ / /

4838-4715-2916.1

**EXHIBIT 3**

RESPECTFULLY SUBMITTED this 2nd day of July, 2013.

KUTAK ROCK LLP

By _____
Joseph Wm. Kruchek, Esq.
Kelley Braden, Esq.
KUTAK ROCK LLP
Suite 300
8601 North Scottsdale Road
Scottsdale, Arizona 85253-2742
*Attorneys for Plaintiff*

ORIGINAL of the foregoing sent for filing this 2nd day of July, 2013, to:

Clerk of the Court
Cochise County Superior Court
100 Colonia De Salud
Sierra Vista, AZ 85635

COPY of the foregoing sent this 2nd day of July, 2013, with:

Honorable Wallace R. Hoggatt
Judge, Cochise County Superior Ct.
100 Quality Hill
Bisbee, Arizona 85603

COPY of the foregoing mailed this 2nd day of July, 2013, to:

Paul A. and Ritha B. Romans
6950 S. 77th E Avenue
Tulsa, Oklahoma 74133
*Defendants*

_____

2

4838-4715-2916.1