# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

RREF CB SBL-AZ, LLC

    Plaintiff(s)

vs.

Case Number: 16-cv-72-CVE-PJC

Paul A. Romans et al.

    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ RREF CB SBL-AZ, LLC _____
[name of party]

who is a (check one)  ☑ PLAINTIFF   ☐ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   Lennar Corp. (LEN)

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)   ☑ YES   ☐ NO

   If YES, identify entity and nature of interest:

   Lennar Corporation (LEN) is the owner of the sole membership interest in the general partner of a limited partnership, which owns the plaintiff indirectly through a series of unincorporated entities.

5. **Is party a trade association?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 8th day of February, 2016.

| | |
|---|---|
| s/Lysbeth L. George, OBA #30562 | |
| Signature | |
| Lysbeth L. George | OBA #30562 |
| Printed Name | Bar Number |
| Crowe & Dunlevy, PC | |
| Firm Name | |
| 324 N. Robinson Ave., Ste. 100 | |
| Address | |
| Oklahoma City | OK   73102 |
| City | State   ZIP |
| 405-235-7700 | 405-239-6651 |
| Phone | Fax |
| lysbeth.george@crowedunlevy.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on **February 8, 2016** (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that on **February 8, 2016** (Date), I served the same document by

- [x] U.S. Postal Service
- [ ] In Person Delivery
- [ ] Courier Service
- [ ] E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es): Paul A. and Ritha B. Romans, 8243 S. Florence Ave. E., Tulsa, OK 74137; Anita Lehnus, 3304 W. Mayo PL, Benson, AZ 85602; Christine Tabor, 152 Pekin Ave., East Peoria, IL 61611; Occupants, 39009 Laboskey Rd, Wister, OK 74966

s/Lysbeth L. George, OBA #30562
Signature