IN THE UNITED DTATES DISTRICT COIRT FOR THE

NORTHERN DISTRICT OF Oklahoma



FILED
FEB 29 2016
Phil Lombardi, Clerk
U.S. DISTRICT COURT

(1) RREF CC SBL-AZ,LLC, an Arizona

Limited liability company,

    Planintiff,

V.

(1) PAUL A.ROMANS;

(2) RITHA B. ROMANS

(3) ANITA ROMANS

(4) CHRISTINE TABOR; and

(5) OCCUPANTS OF 39009 LABOSKEY

ROAD, WISTER, OK

Case No. 16cv-72-CVE-PJC

Entry of Appearance with a Request for Additional Time to Plead

Paul and Ritha Romans, Defendants, enter an appearance and request an additional 30 days to Answer or Plead.

        Paul and Ritha Romans

        8243 S. Florence Ave.

        Tulsa, OK 74137

        918 515-0944

        parromans@hotmail.com

Certificate of Mail

I certify that a copy of the entry of Appearance was mailed by U.S. mail to:

    Lysbeth L. George, OBA #30562

    CROWE & DUNLEVY, PC

    Braniff Building

324 N. Robinson Ave.

Suite 100

Oklahoma City, Ok 73102-8273

/s/ Paul Romans

Paul Romans