

IN THE UNITED DTATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF Oklahoma

FILED

MAR 01 2016

Phil Lombardi, Clerk
U.S. DISTRICT COURT

(1) RREF CC SBL-AZ, LLC, an Arizona

Limited Liability Company,

    Plaintiff,

V.

(1) PAUL A. ROMANS;

(2) RITHA B. ROMANS          Case No. 16cv-72-CVE-PJC (3)

ANITA LEHNUS

(4) CHRISTINE TABOR; and

(5) OCCUPANT(S) OF 39009 LABOSKEY

ROAD, WISTER, OK 74966

Entry of Appearance with a Request for Additional Time to Plead

Anita Lehnus, Defendant, enter an appearance and request an additional 30 days to
Answer or Plead.

                    Anita Lehnus
                    3304 Mayo Pl.
                    Benson, AZ 85602
                    520 331-9806
                    amlehnus@aol.com

Certificate of Mail

I certify that a copy of the entry of Appearance was mailed by U.S. mail to:

                    Lysbeth L. George, OBA #30562
                    CROWE & DUNLEVY, PC
                    Braniff Building
                    324 N. Robinson Ave
                    Suite 100
                    Oklahoma City, OK 73102-
                    8273

                    _Anita Lehnus