# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

RREF CB SBL-AZ, LLC,

        Plaintiff(s),

vs.              Case Number: 16-CV-72-CVE-PJC

ROMANS, et al,

        Defendant(s).


CLERK'S ENTRY OF DEFAULT

  It appearing from the files and records of this Court as of April 11, 2016, and the affidavit of GEORGE LYSBETH, that the defendant(s), PAUL A ROMANS, RITHA B ROMANS, ANITA LEHNUS and CHRISTINE TABOR against whom judgment for affirmative relief is sought in this action, has/have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure;

  Now, therefore, I, Phil Lombardi, Clerk of said Court, pursuant to the requirements of Rule 55(a) of said rules, do hereby enter the default of said defendant(s).


              Phil Lombardi,
              Clerk of Court, United States District Court

                s/S. Cotner

              By: S. Cotner, Deputy Clerk