**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) RREF CB SBL-AZ, LLC, an Arizona limited liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>(1) PAUL A. ROMANS;<br>(2) RITHA B. ROMANS;<br>(3) ANITA LEHNUS;<br>(4) CHRISTINE TABOR; and<br>(5) OCCUPANT(S) OF 39009 LABOSKEY ROAD, WISTER, OK 74966, if any,<br><br>　　　　　Defendants. | Case No. 16-cv-72-CVE-PJC |

**PLAINTIFF'S NOTICE REGARDING DEFAULT JUDGMENT**

Pursuant to the Minute Order entered May 2, 2016 at Dkt. #22, Plaintiff RREF CB SBL-AZ, LLC ("RREF" or "Plaintiff") hereby notifies the Court through counsel that it prefers to await passage of the May 25, 2016 answer date for Defendant Anita Lehnus, for the entrance of a judgment by default in its favor as against Defendants Paul A. Romans, Ritha B. Romans, Anita Lehnus, and Christine Tabor (collectively, "Defendants") in the event that Defendant Anita Lehnus does not answer the Complaint.

Furthermore, Plaintiff will renew its Request for Entry of Default Judgment as to all Defendants at such time, as appropriate.

　　DATED May 3, 2016.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/Lysbeth L. George
　　　　　　　　　　　　　　　　　　　Judy Hamilton Morse, OBA #6450
　　　　　　　　　　　　　　　　　　　Lysbeth L. George, OBA #30562
　　　　　　　　　　　　　　　　　　　Andrew E. Henry, OBA #32009
　　　　　　　　　　　　　　　　　　　-Of the Firm-
　　　　　　　　　　　　　　　　　　　CROWE & DUNLEVY, PC

A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 272-5203 (Facsimile)
judy.morse@crowedunlevy.com
lysbeth.george@crowedunlevy.com
andrew.henry@crowedunlevy.com

***ATTORNEYS FOR PLAINTIFF RREF CB SBL-AZ, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2016, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

N/A

I hereby certify that on this 3rd day of May, 2016, I served the same document by first class mail, postage prepaid, on the following, who are not registered participants of the ECF System:

Paul A. Romans
8243 S. Florence Ave.
Tulsa, OK 74137

Ritha B. Romans
8243 S. Florence Ave.
Tulsa, OK 74137

Anita Lehnus
3304 W. Mayo PL
Benson, AZ 85602

Christine Tabor
2514 E. 88th St., Apt. 5
Tulsa, OK 74137

s/ Lysbeth L. George