

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RREF CB SBL-AZ, LLC**, an Arizona limited liability company, ) ) ) | |
| **Plaintiff**, ) ) | |
| v. ) ) | Case No. 16-CV-0072-CVE-PJC |
| **PAUL A. ROMANS,** ) **RITHA B. ROMANS,** ) **ANITA LEHNUS,** ) **CHRISTINE TABOR, and** ) **OCCUPANT(S) OF 39009 LABOSKEY** ) **ROAD, WISTER, OK 74966, if any,** ) ) ) | |
| **Defendants.** ) | |

## DEFAULT JUDGMENT

Before the Court is Plaintiff's Motion for Default Judgment and Brief in Support (Dkt. # 20). The Court Clerk entered default of all defendants on April 11, 2016, but thereafter vacated the entry of default of defendant Anita Lehnus because there was no record of having mailed to Lehnus the minute order directing her to file her answer by April 6, 2016.   Dkt. ## 19, 20.  The Court Clerk entered default of defendant Anita Lehnus on May, 27, 2016 after Lehnus failed to file her answer by the reset deadline of May 25, 2016.  Dkt. ## 20, 24.  Defendants have failed to file a responsive pleading or otherwise defend against plaintiff's claims, and default judgment should be entered in favor of plaintiff and against defendants Paul A. Romans, Ritha B. Romans, Anita Lehnus, and Christine Tabor.

**THE COURT FINDS AS FOLLOWS:**

1.     Defendants Paul A. Romans and Ritha B. Romans are currently indebted to plaintiff in the sum of $329,895.80, plus costs and interest that continue to accrue, for failure to satisfy a lawfully entered judgment based on the Romans' failure to pay amounts due under certain notes and deeds of trust. This judgment was rendered in case number CV2013-00241 in the Superior Court of the State of Arizona, in and for the County of Cochise, styled <u>RREF CB SBL-AZ, LLC v. Paul A. Romans and Ritah B. Romans and Doe Defendants 1 - 100</u>, which foreign judgment was domesticated in Tulsa County pursuant to OKLA. STAT. tit. 12, § 721 on December 23, 2015, in case number CV-2015-1407 in the District Court of Tulsa County, State of Oklahoma, styled <u>RREF CB SBL-AZ, LLC v. Paul A. Romans and Ritha B. Romans </u>(the judgment). The Court finds that RREF has a valid "claim" within the meaning of the Uniform Fraudulent Transfer Act pursuant to the judgment.

2.     The Romans fraudulently transferred interests in the real property located at 39009 Laboskey Road, Wister, OK 74966 (the property) to avoid this claim. The Court specifically finds that the Romans fraudulently transferred a 1/4 undivided interest in the property to Anita Lehnus and a 1/4 undivided interest in the property to Christine Tabor without consideration in an attempt to defeat the plaintiff's claims as a creditor of the Romans.

3.     The Romans' transfer of interests in the property to Anita Lehnus and Christine Tabor is void as a fraudulent transfer; that RREF's interest in the property is first, prior and superior to any other interest in and to the property, including but not limited to any such interest claimed by the defendants and the occupants of the property; that RREF is entitled to authority and permission from the Court to levy execution on the property and apply the proceeds to the outstanding balance owed

on the judgment; that RREF is entitled to seek a writ of execution and that the U.S. Marshal shall assist RREF with levying execution on the property; that upon confirmation of the sale of the property, with the assistance of the U.S. Marshal, all of the defendants and occupants of the property, and all persons or entities claiming by, through or under them, or any of them, be forever barred, foreclosed and enjoined from asserting or claiming any right, title, interest, estate or equity of redemption in or to the property, or any part thereof; and that an injunction shall issue prohibiting any further disposition of the property and/or its proceeds by the defendants.

4. Default has been entered against the defendants for their failure to answer or otherwise plead, and defendants are not infants, incompetent persons, and are not in the military service of the United States.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Default Judgment and Brief in Support (Dkt. # 20) is **granted.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that plaintiff RREF CB SBL-AZ, LLC be awarded judgment in its favor and against defendants as follows:

1. That the interests in the property transferred to Anita Lehnus and Christine Tabor are hereby declared void;

2. That plaintiff is entitled to levy execution on the property and apply the proceeds to the outstanding balance owed on the judgment, that plaintiff is entitled to seek a writ of execution against the property, and that the U.S. Marshal shall assist plaintiff with levying execution on the property;

3. That plaintiff's interest in the property is hereby declared first, prior and superior to all other interest in and to the property, including but not limited to any such interest claimed by the

defendants and occupants of the property, and that upon confirmation of the sale of the property, with the assistance of the U.S. Marshal, all of the defendants and occupants of the property, and all persons or entities claiming by, through or under them, or any of them, be forever barred, foreclosed and enjoined from asserting or claiming any right, title, interest, estate or equity of redemption in or to the property, or any part thereof;

4. That any further disposition of the property and/or its proceeds by the defendants, Paul A. Romans, Ritha B. Romans, Anita Lehnus, and Christine Tabor is hereby enjoined; and

5. That upon application, plaintiff shall be awarded its costs and attorneys' fees as permitted by law and the loan documents between plaintiff and the Romans.

**DATED** this 31st day of May, 2016.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE